Christopher B. Reich, Esq., Nev. Bar No. 10198
Randy A. Drake, Esq., Nev. Bar No. 5287
Sara K. Almo, Esq., Nev. Bar No. 11899
WASHOE COUNTY SCHOOL DISTRICT
P.O. Box 30425
Reno, NV 89520-3425
Telephone: 775-348-0300
Fax: 775-333-6010
Attorneys for Defendants: Washoe County
School District and Dawn Huckaby

UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| HELENTY HAGEN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WASHOE COUNTYSCHOOL DISTRICT, a political subdivision of the State of Nevada; and DAWN HUCKABY, in her individual and official capacity,<br><br>　　　　Defendants. | CASE NO.: 3:12-cv-00586-RCJ-VPC<br><br>**ORDER GRANTING MOTION TO EXEMPT DAWN HUCKABY FROM ATTENDANCE AT THE EARLY NEUTRAL EVALUATION SESSION** |

THIS MATTER having come before the Court on a Motion to Exempt Defendant Dawn Huckaby from Attendance at the Early Neutral Evaluation Session and good cause appearing,

IT IS HEREBY ORDERED that Defendant Dawn Huckaby is exempted from attending the June 3, 2013 Early Neutral Evaluation Session.

DATED: __May 28, 2013.

_____
U.S. Magistrate Judge

1